FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 APR 17 PM 4 21
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# PETTY OFFENSE

### BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. **25-0094** |
| **v.** | * | SECTION: DUTY MAG. |
| **JUAN CARLOS CASTRO-IGNACIO** | * | VIOLATION:  8 U.S.C. § 1306(a) |

\*          \*          \*

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2001, and continuing until at least April 13, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **JUAN CARLOS CASTRO-IGNACIO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

PAUL HUBBELL
Assistant United States Attorney

New Orleans, Louisiana
April 17, 2025

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

No. _____

# United States District Court

## FOR THE

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

vs.

JUAN CARLOS CASTRO-IGNACIO

## BILL OF INFORMATION FOR
## FAILURE TO REGISTER

Violation(s):    8 U.S.C. § 1306(a)

Filed _____, 20 ___ 25 ___

_____, Clerk.

By _____

_____, Deputy

Assistant United States Attorney
PAUL J. HUBBELL