UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-94** |
| v. | * | SECTION: H |
| **JUAN CARLOS CASTRO-IGNACIO** | * | |

\*   \*   \*

## GOVERNMENT'S MOTION TO DISMISS APPEAL

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully moves to dismiss its appeal of the Magistrate Judge's order and reasons, finding no probable cause and dismissing the bill of information.

Since filing the notice of appeal, the government has learned that the defendant has been deported and is no longer available for prosecution.

**WHEREFORE**, the government requests that its appeal be dismissed.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*s/ Frederick W. Veters, Jr.*
FREDERICK W. VETERS, JR.
Assistant United States Attorney
Louisiana Bar Roll Number 23584
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: 504-680-3197
Email: Rick.Veters@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel of record.

              *s/ Frederick W. Veters, Jr.*
              FREDERICK W. VETERS, JR.
              Assistant United States Attorney