**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-94** |
| **v.** | * | **SECTION: H** |
| **JUAN CARLOS CASTRO-IGNACIO** | * | |
| | * * * | |

## O R D E R

Considering the foregoing Motion to Dismiss Appeal (Doc. 16);

**IT IS HEREBY ORDERED** that the government's appeal of the Magistrate Judge's order

and reasons, finding no probable cause and dismissing the bill of information, is hereby dismissed.

New Orleans, Louisiana this  22nd  day of September, 2025.


_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**